**OVERSTOCK.COM, INC., Plaintiff–Appellant,**

v.

**FURNACE BROOK, LLC, Defendant–Appellee.**

No. 06–1121.

United States Court of Appeals, Federal Circuit.

Aug. 17, 2006.

Before NEWMAN, MAYER, and RADER, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36